UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESUS ENRIQUE VALDES, ) <br> RUBEN VERDUGO, and ) <br> ROSETTA MAENELLE BRISTON ) <br> ) <br> Defendants. ) | Case No. 4:07CR00081 HEA (AGF) |

## **ORDER**

This matter is before the Court on the motion of Defendant Jesus Enrique Valdes for additional time to file pretrial motions (Doc. #56). Upon review of the motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion of Defendant Jesus Enrique Valdes for additional time (Doc. #56) is **GRANTED**. Defendant shall have until Wednesday, February 28, 2007, to file pretrial motions or waiver of motions. The government shall have until Tuesday, March 6, 2007, to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing with respect to the motions filed by all Defendants in this case shall be rescheduled for **Thursday, March 8, 2007, at 1:00 p.m.** All Defendants are required to attend.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of February, 2007.